IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 72 WMC |
| DOUGLAS P. BANNISTER, | 18 U.S.C. § 922(g)(1) |
| | 26 U.S.C. § 5845(a)(7) |
| Defendant. | 26 U.S.C. § 5861(d) |

THE GRAND JURY CHARGES:

COUNT 1

On or about December 11, 2018, in the Western District of Wisconsin, the defendant,

DOUGLAS P. BANNISTER,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce an Anderson Manufacturing AM-15 lower receiver, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

COUNT 2

On or about December 11, 2018, in the Western District of Wisconsin, the defendant,

DOUGLAS P. BANNISTER,

knowingly possessed a firearm, specifically, a silencer made from a cylindrical device, front and rear end-caps, baffles, and expansion chambers, and the defendant knew that the firearm was a silencer, and the firearm was not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5845(a)(7) and 5861(d)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: __6/5/2019__

_____
SCOTT C. BLADER
United States Attorney