

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

September 5, 2019

**SENT VIA EMAIL**

Peter R. Moyers
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703

    Re:    *United States of America v. Douglas P. Bannister*
           Case No: 19-cr-00072-wmc

Dear Attorney Moyers:

    I have received additional discovery in the above-captioned case. I am providing this item to you today via email. Attached to that email is ATF report 12, which is Bates labeled DPB_000252.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                                  Very truly yours,

                                  SCOTT C. BLADER
                                  United States Attorney

                                  By:     /s/
                                  COREY C. STEPHAN
                                  Assistant United States Attorney